IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

**UNITED STATES OF AMERICA**

VS

CR NO. **3:22-726**

**BRITTANY DANIELLE CROMER**

# PLEA

The defendant, **BRITTANY DANIELLE CROMER**, having withdrawn her plea of Not Guilty entered November 21, 2022, pleads **GUILTY** to Count **2** of the **Superseding Indictment** after arraignment in open court.

_____
(Signed) Defendant

Columbia, South Carolina
January 4, 2024